UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

ARON BAKSH and BERLAND PRINCE,

                                            Plaintiffs,

-against-

CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, CAPTAIN FRANTZ SOUFFRANT, being sued in his individual and professional capacity

                                            Defendants.

-------------------------------------------------------------------------- X

**NOTICE OF REMOVAL**

Case No. 23-CV-1601

**TO:   THE UNITED STATES DISTRICT COURT,
       EASTERN DISTRICT OF NEW YORK**

        Defendants New York City ("NYC") and New York City Police Department ("NYPD") (collectively, "City Defendants"), by and through its attorney Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, respectfully moves this Court as follows:

        1.      On October 21, 2022, Plaintiffs filed a Complaint in a New York State Supreme Court, Kings County, action, alleging Federal and State claims, and setting forth the claims for relief upon which the action was based. A copy of Plaintiffs' Complaint is annexed hereto as Exhibit "A."

        2.      On January 31, 2023, Plaintiffs served the Complaint on City Defendants.

        3.      In the Complaint, Plaintiffs allege causes of action under 42 U.S.C. §§1981, 1983 and Family Medical Leave Act ("FMLA"). Accordingly, upon the filing of the Complaint, the above-captioned action is a civil action of which the District Court has original jurisdiction pursuant to 28 U.S.C. § 1331, in that it alleges claims which arise under the laws of the United States. This action is therefore removable to the District Court without regard to the citizenship or residence of the parties, pursuant to 28 U.S.C. §§ 1441 and 1443.

4. This Notice of Removal is timely because it is being filed within thirty (30) days of service of the Complaint. See 28 U.S.C. § 1446(b)(3).

5. Captain Frantz Souffrant, who is not yet represented by this Office, consents to the removal of this action to federal court.

6. City Defendants will promptly file a copy of this Notice of Removal with the Clerk of the State Court in which the action is pending.

**WHEREFORE,** City Defendants respectfully request that the above-captioned action be removed from the Supreme Court of the State of New York, County of Kings, to the United States District Court for the Eastern District of New York.

Dated:   New York, New York
         March 1, 2023

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel of the
  City of New York
Attorney for City Defendants
100 Church Street, Room 2-316
New York, New York 10007-2601
(212) 356-3522

By:   /s/ Elisheva L. Rosen
         Elisheva L. Rosen
         Assistant Corporation Counsel

TO:   **Linda Cronin** (via first class mail)
      Cronin & Byczek, LLP
      178 Myrtle Boulevard, Suite 105
      Larchmont, New York 10538

      **Frantz Souffrant** (via first class mail)
      C/O 78th Precinct
      65 6th Ave
      Brooklyn, New York 11217